**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PHILIP GONYO | * | |
| | * | |
| v. | * | Case No. CCB-11-3117 |
| | * | |
| MIDLAND FUNDING, LLC AND | * | |
| MIDLAND CREDIT MANAGEMENT, INC. | * | |

******

**ORDER**

  For the reasons stated in the accompanying memorandum, it is, this 29th day of June, 2012,

ORDERED that

1. the defendants' motion to dismiss (ECF No. 4) is GRANTED;

2. the plaintiff's motion to stay proceedings (ECF No. 9) is DENIED as moot; and

3. the Clerk shall CLOSE this case.

               _____ /S/_____
               Catherine C. Blake
               United States District Judge